JPML FORM 1A            DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 327 --    IN RE LLOYD, CARR & CO., COMMODITIES LITIGATION

| Date | No. Code | |
|------|------|---|
| 11/23/77 | 1 | MOTION, SUPPORTING BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Lloyd, Carr & Co., and James A. Carr |
| | | SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF MASSACHUSETTS |
| | | SUGGESTED TRANSFEREE JUDGE: (ea) |
| 12/1/77 | 2 | MOTION -- PLAINTIFF WILLIAM WELCH to add case designated as A-6 (rew) |
| 12/5/77 | | APPEARANCE -- FREDERIC T. SPINDEL, ESQ. for Commodity Futures TRADING Commission |
| | | NOEL A. GAGE, ESQ. for Lloyd, Carr & Co., and James A. Carr (rew) |
| 12/7/77 | | REQUEST FOR EXTENSION TO FILE -- State of Michigan (Request extension for filing because did not receive motion papers until Dec. 5, 1977) EXTENSION OF TIME GRANTED TO STATE OF MICHIGAN TO Dec. 20, 1977 (rew) |
| 12/8/77 | | REQUEST FOR EXTENSION TO FILE -- Commodities Future Trading Commission GRANTED UNTIL DEC. 20, 1977 (rew) |
| 12/9/77 | | APPEARANCE -- MARC A. GOLDMAN FOR Frank J. Kelley, Attorney General |
| 12/16/77 | 3 | ANSWER TO PETITIONERS WELCH AND LIGUROI'S MOTION TO TRANSFER, WITH SUPPORTING BRIEF -- Lloyd, Carr & Co., et al. w/cert. of svc. (ea) |
| 12/19/77 | 4 | RESPONSE -- The Attorney General of the State of Michigan, w/cert. of service. (ea) |
| 12/20/77 | 5 | RESPONSE -- w/BRIEF -- COMMODITY FUTURES TRADING COMM. -- w/cert. of service. (cds) |
| 12/21/77 | 6 | REPLY -- Plaintiffs Welch & Liguori -- w/cert. of service (cds) |
| 12/29/77 | | HEARING ORDER -- Setting A-1, A-2, A-3, A-4, A-5, A-6 for hearing Jan. 27, 1978, Miami, Florida |
| 1/12/78 | | CORRECTION TO SCHEDULE OF MATTERS FOR HEARING ON 1/27/78 -- Notified all counsel (cds) |
| 1/23/78 | | XXX MOTION, BRIEF, and enclosures -- BUSHNELL, GAGE & REIZEN to withdraw as counsel for James A. Carr and Lloyd Carr & Co. (w/cert. of service) |
| 1/24/78 | | ORDER CONTINUING HEARING for matters set for oral ######## Argument on January 27, 1978 in Miami, Florida - A-1, A-2, A-3, A-4, A-5, A-6. (ea) |
| x 1/31/78 | | 8 AMENDED BRIEF -- BUSHNELL, GAGE & REIZEN to withdraw as counsel for James A. Carr & Lloyd Carr & Co. w/cert. of service |
| 2/1/78 | | ~~ORDER TO WITHDRAW COUNSEL ### COUNSEL FOR LLOYD CARR & CO. AND James ### CARR###~~(ea) |
| | | ORDER -- denying motion for transfer (counsel for movants requested permission to withdraw as counsel for movants) The Panel did not reach the motion to withdraw as counsel. (ea) |

DOCKET NO. ___327___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: ___IN RE LLOYD, CARR & CO., COMMODITIES LITIGATION___

| Summary of Panel Actions | | | | | | |
|---|---|---|---|---|---|---|
| Date(s) of Hearing(s) _____ _____ _____ _____ _____ | | | | | | |
| Consolidation Ordered _____ | | | Consolidation Denied *2/1/78* | | | |
| Opinion and/or Order _____ _____ _____ _____ | | | | | | |
| Citation _____ _____ _____ _____ | | | | | | |
| Transferee District _____ | | | Transferee Judge _____ | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James A. Carr v. Commodity Futures Trading Commission | D. MASS. Tauro | 77-666T | | | | *Denied 2/1/78* |
| A-2 | Commodity Futures Trading Commission v. James A. Carr & Charles P. LeMieux, III, etc. | D.MASS Tauro | 77-371T | | | | *2/1/78* |
| A-3 | Lloyd, Carr & Co. v. Commodity Futures Trading Commission, et al. | N.D.ILL. Crowley | 77-C-3434 | | | | *2/1/78* |
| A-4 | Commodity Futures Trading Commission v. James A. Carr, et al. | W.D.MICH. Fox | G77-550-CA5 | | | | *2/1/78* |
| A-5 | Lloyd, Carr & Co. v. Richard A. Levie, et al. | D.D.C. Oberdorfer | 77-1944 | | | | *2/1/78* |
| A-6 | William Welch, et ano v. Lloyd, Carr & Co., etc., et al. | N.D. N.Y. | 77 CV 454 | | | | *2/1/78* |
| A-7 | Don Craighead v. Michael D. Shuster, and Lloyd, Carr & Co. | N.D.CA. | C78-0162-CBR | | | | *2/7/78* Not included on hearing |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 327   -- IN RE LLOYD, CARR & CO., COMMODITIES LITIGATION

JAMES A. CARR (A-1)
LLOYD, CARR & CO. (A-3)(A-5)
Noel A. Gage, Esquire
Bushnell, Gage & Reizen
3000 Town Center
Suite 1500
Southfield, Michigan   48075

COMMODITY FUTURES TRADING COMMISSIO (A-2)
Frederic T. Spindel, Esquire
Associate General Counsel
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

WILLIAM WELCH (A-6)
Leslie N. Reizes, Esquire
427 Park Avenue
Waverly, New York   14892

FRANK J. KELLEY, ATTORNEY
GENERAL, ST. OF MICHIGAN
Intervenor - Plaintiff (A-4)
Marc A. Goldman, Esquire
Asst. Attorney General
740 Law Building
525 West Ottawa Street
Lansing, Michigan   48913

MR. RICHARD A. LEVIE
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

MS. ELLEN MELZER
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

MR. JOHN A. FIELD, III
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

MR. WILLIAM T. BAGLEY
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

MR. JOHN V. RAINBOLT
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

MR. GARY SEEVERS
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

MR. ROBERT L. MARTIN
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

MR. READ P. DUNN
Commodity Futures Trading Commission
2033 K Street, N.W.
Washington, D. C.   20581

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __327__ -- __IN RE LLOYD, CARR & CO.__, COMMODITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Commodity Futures Trading Commission | A-1, A-2, A-3, A-4, A-5 |
| James A. Carr | A-1, A-2, A-4 A-6 |
| Charles P. LeMieux | A-2 A-4 A-6 |
| Richard A. Levie | A-5 |
| Ellen Melzer | A-5 A-3 |
| John A. Field, III | A-5 |
| Jane Doe (a female employee of the CFTC) | A-5 |
| William T. Bagley | A-5 |
| John V. Rainbolt, III | A-5 |
| Gary Seevers | A-5 |
| Robert L. Martin | A-5 |

p.   2

| | |
|---|---|
| Read P. Dunn | A-5 |
| Lloyd, Carr & Co. | #6 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |