DOCKET NO. 327

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LLOYD, CARR & CO., COMMODITIES LITIGATION

ORDER

IT IS ORDERED that the motion pursuant to 28 U.S.C. §1407 to transfer the actions listed on the attached Schedule A[1]/ and pending in districts other than the District of Massachusetts to that district for coordinated or consolidated pretrial proceedings with the actions pending there be, and the same hereby is, denied without prejudice to the right of any party to move for transfer under Section 1407 at a later date. We do not reach the motion of the attorneys for Lloyd, Carr & Co. and James A. Carr, the movants for transfer under Section 1407, to withdraw as counsel.

FOR THE PANEL:

_____
John Minor Wisdom
Chairman

---

[1]/ An additional action, William Welch, et al. v. Lloyd, Carr & Co., et al., N. D. New York, Civil Action No. 77-CV-454, was mentioned by the parties in the papers before the Panel, but a motion for transfer of this action under Section 1407 was not actually made.

SCHEDULE A

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| James A. Carr v. Commodity Futures Trading Commission | Civil Action No. 77-666-T |
| Commodity Futures Trading Commission v. James A. Carr & Charles P. LeMieux, III, etc. | Civil Action No. 77-371-T |

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lloyd, Carr & Co. v. Commodity Futures Trading Commission, et al. | Civil Action No. 77C3434 |

## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Commodity Futures Trading Commission v. James A. Carr, et al. | Civil Action No. C77-550-CA5 |

## DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lloyd, Carr & Co. v. Richard A. Levie, et al. | Civil Action No. 77-1944 |

